RUSS *et ux.* v. THE STEAMBOAT, WAR EAGLE.

1. CHARGE TO THE JURY.    The charge of the court should be confined
strictly to matters of law.    The court should not comment on the evi-
dence, and instruct what facts are, and what are not proved.

*Appeal from Dubuque District Court.*

THURSDAY, OCTOBER 20.

Action against the defendant as a common carrier of passengers, for damages sustained by the breaking of the arms of the plaintiff, Lois Russ, while in the charge of the defendant, on a trip to Saint Paul and back, during the summer of 1857. The error assigned by defendant, who appeals, upon which the case turns, is presented in the opinion of the court.

*Bissell, Mills & Shiras*, for the appellants.

*H. S. Jennings*, for the appellee.

STOCKTON, J.—The statute provides that the charge of the court to the jury shall be confined strictly to matters of law. Code, section 1791. The charge of the court, in this case was in writing; and comment is made upon all the evidence introduced, and the jury are told by the court what facts are proved, and what are not proved by the evidence. Exception was taken by defendant at the time, to the charge of the court; and it was made one of the grounds of a motion for a new trial, that the charge of the court was not confined strictly to matters of law. The force of this objection to the charge of the court, is not lessened by the fact that the court, in a subsequent part of the charge, refers it to the jury to decide what the contract between the parties was, and whether the injury occurred while the plaintiffs were passengers on the boat, and by or through the negligence and carelessness of the officers and crew. The effect of the previous part of the charge, upon the minds of the jury, still remained. They could not escape the influence which the opinion of the court pronounced upon the facts proved, was calculated to have. The charge of the court should have been strictly confined to the law; and the present is so glaring an instance of a departure from this statutory rule, that it cannot be permitted to pass without our disapproval.

Judgment reversed.